# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL FOLEY

                Plaintiff,

v.

K. BOURNE, et al

                Defendant.

Attorney Fees
JUDGMENT IN A CIVIL CASE

Case Number: 2:17-CV-2844 JCM (VCF)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
that judgment is hereby entered awarding attorney fees for defendant in the amount of $1,400.00

 

July 23, 2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk